01

02

03

04

05

06            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  OMARI JUMAPILI,                    )
                                       )   CASE NO. C13-1026-RSL
09            Petitioner,              )
                                       )
10      v.                             )   ORDER OF DISMISSAL
                                       )
11  ICE FIELD OFFICE DIRECTOR,         )
                                       )
12            Respondent.              )
    _____ )

13

14          The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15  motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler,

16  United States Magistrate Judge, and any objections or responses to that, and the remaining

17  record, finds and Orders as follows:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     Respondent's motion to dismiss (Dkt. 6) is GRANTED, and this action is

20  DISMISSED with prejudice; and

21  //

22  //

ORDER OF DISMISSAL
PAGE -1

01    (3)    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02    DATED this 21st day of October, 2013.

04

05               Robert S. Lasnik
06               United States District Judge

ORDER OF DISMISSAL
PAGE -2